PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Released Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

DISTRICT OF NEBRASKA
2005 JUN 29 PM 1:18
OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.

Docket #4:02CR3224

KATIE BELL

On November 4, 2002, Katie Bell was sentenced to <u>five years probation</u>. Ms. Bell has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Katie Bell be discharged from supervision.

Respectfully submitted,

Raul Avalos, Jr.
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of June, 2005.

The Honorable Richard G. Kopf
United States District Judge